1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10
11  HENRI BROTHER,                    )  NO. CV 12-7814-AG(E)
                                      )
12             Plaintiff,             )
                                      )
13       v.                           )  JUDGMENT
                                      )
14  VENTURA JAIL MEDICAL, et al.,     )
                                      )
15             Defendants.            )
    _____ )
16
17
18       IT IS ADJUDGED that the action is dismissed without prejudice.
19
20       DATED: <u>January 31, 2014.</u>
21
22
23                                      _____
                                              ANDREW J. GUILFORD
24                                        UNITED STATES DISTRICT JUDGE
25
26
27
28