1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  HENRI BROTHER,                    )  NO. CV 12-7814-AG(E)
                                      )
12              Plaintiff,            )
                                      )
13      v.                            )  ORDER ACCEPTING FINDINGS,
                                      )
14  VENTURA JAIL MEDICAL, et al.,     )  CONCLUSIONS AND RECOMMENDATIONS
                                      )
15              Defendants.           )  OF UNITED STATES MAGISTRATE JUDGE
                                      )
16  _____)

17

18      Pursuant to 28 U.S.C. section 636, the Court has reviewed the

19  Second Amended Complaint, all of the records herein and the attached

20  Report and Recommendation of United States Magistrate Judge.  Further

21  the Court has engaged in a de novo review of those portions of the

22  Report and Recommendation to which any objections have been made.  The

23  Court accepts and adopts the Magistrate Judge's Report and

24  Recommendation.

25

26      IT IS ORDERED that:  (1) the Report and Recommendation of the

27  Magistrate Judge is accepted and adopted; and (2) Judgment shall be

28  entered dismissing the action without prejudice.

1    IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of

2  this Order and the Judgment of this date on the Plaintiff and counsel

3  for Defendant.

4

5        DATED: August 31, 2014.

6

7

8                           _____

9                          ANDREW J. GUILFORD
                      UNITED STATES DISTRICT JUDGE