**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRI BROTHER, | ) NO. CV 12-7814-AG(E) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| VENTURA JAIL MEDICAL, et al., | ) |
| Defendants. | ) |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: August 31, 2014.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE